Richard J. Grabowski (State Bar No. 125666)
rgrabowski@jonesday.com
John A. Vogt (State Bar No. 198677)
javogt@jonesday.com
Edwards S. Chang (State Bar No. 241682)
echang@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA  92612.4408
Telephone:	+1.949.851.3939
Facsimile:	+1.949.553.7539

Attorneys for Defendants
EXPERIAN HOLDINGS, INC. and EXPERIAN
INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOHN BROSNAN,** | **Case No. 16-CV-6508-LB** |
| **Plaintiff,** | **NOTICE OF APPEARANCE OF EDWARD S. CHANG** |
| v. | |
| **EXPERIAN HOLDINGS, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; T-MOBILE US, INC.; AND DOES 1 TO 99,** | |
| **Defendant.** | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Edward S. Chang of the law firm of Jones Day, 3161 Michelson Drive, Suite 800, Irvine, CA 92612, enters his appearance as counsel of record for defendants Experian Information Solutions, Inc. and Experian Holdings, Inc.

Dated: December 23, 2016     JONES DAY

By: */s/ Edward S. Chang*
    Edward S. Chang

Attorneys for Defendants
EXPERIAN HOLDINGS, INC. and
EXPERIAN INFORMATION SOLUTIONS, INC.

NAI-1502347182v1