1  Richard J. Grabowski (State Bar No. 125666)
   rgrabowski@jonesday.com
2  John A. Vogt (State Bar No. 198677)
   javogt@jonesday.com
3  Edwards S. Chang (State Bar No. 241682)
   echang@jonesday.com
4  JONES DAY
   3161 Michelson Drive
5  Suite 800
   Irvine, CA  92612.4408
6  Telephone:    +1.949.851.3939
   Facsimile:    +1.949.553.7539
7
   Attorneys for Defendants
8  EXPERIAN HOLDINGS, INC. and EXPERIAN
   INFORMATION SOLUTIONS, INC.
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

14 **JOHN BROSNAN,**                  **Case No. 16-CV-6508-LB**

15         **Plaintiff,**             **DEFENDANTS EXPERIAN
                                      INFORMATION SOLUTIONS, INC.
16      v.                            AND EXPERIAN HOLDINGS, INC.'S
                                      CERTIFICATION OF INTERESTED
17 **EXPERIAN HOLDINGS, INC.;**       **ENTITIES OR PERSONS**
   **EXPERIAN INFORMATION
18 SOLUTIONS, INC.; T-MOBILE US, INC.;
   AND DOES 1 TO 99,**

19
           **Defendant.**
20

21

22

23

24

25

26

27

28

Defendants Experian Information Solutions, Inc. and Experian Holdings, Inc. (together, "Experian") file this certification of interested parties pursuant to Local Rule 3-15. The undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Parent Companies: The ultimate parent company of Experian is Experian plc.

2. Subsidiaries Not Wholly Owned: The following companies are the US-based subsidiaries of Experian plc that are not wholly owned:

    (a) Central Source LLC

    (b) Online Data Exchange LLC

    (c) New Management Services LLC

    (d) VantageScore Solutions LLC

    (e) Opt-Out Services LLC

3. Publicly Held Companies: Experian plc owns 100 percent of Experian. Experian plc is a Jersey registered company which is publicly traded on the London Stock Exchange.

Dated: December 23, 2016                JONES DAY

                                            By: */s/ Edward S. Chang*
                                                Edward S. Chang

                                            Attorneys for Defendants
                                            EXPERIAN HOLDINGS, INC. and
                                            EXPERIAN INFORMATION SOLUTIONS, INC.

NAI-1502347168v1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS 16-CV-6508-LB