1

2

3

4                              UNITED STATES DISTRICT COURT

5                            NORTHERN DISTRICT OF CALIFORNIA

6

7     JOHN BROSNAN,                             Case No.  16-cv-06508-SI

                 Plaintiff,
8
                                                ORDER TO SHOW CAUSE WHY CASE
9        v.                                     SHOULD NOT BE TRANSFERRED

10    EXPERIAN HOLDINGS, INC., et al.,

                 Defendants.
11

12

13          On December 23, 2016, defendants Experian Holdings, Inc. and Experian Information

14   Solutions, Inc. ("Experian Defendants") filed a motion to transfer venue pursuant to 28 U.S.C.

15   § 1404.  Docket No. 16.  Experian Defendants ask that this case be transferred to the Central

16   District of California, where over 40 class action lawsuits have been consolidated before the

17   Honorable Andrew J. Guilford in *In re Experian Data Breach Litigation*.  *Id.* at 1.

18          Plaintiff seems to be in agreement with Experian Defendants.  Plaintiff, who appears pro

19   se, sought permission to file this lawsuit from the Honorable William Alsup of this district.  Case

20   No. 15-mc-80297, Docket No. 1.   Following Judge Alsup's grant of the request, plaintiff filed a

21   notice of related case on May 5, 2016.  Plaintiff informed the Court of the related case of *Bhuta v.*

22   *Experian*, No. 8:15-cv-01592-AG-DFM, in the Central District of California, and asked the Court

23   to transfer plaintiff's case "to the same judge assigned to the Bhuta v. Experian case."  Case No.

24   15-mc-80297, Docket No. 5.

25          Defendant T-Mobile USA, Inc. has answered plaintiff's complaint and as yet has taken no

26   position on the requests to transfer venue.  *See* Docket Nos. 9, 12.

27          **Accordingly, the parties are ORDERED TO SHOW CAUSE in writing no later than**

28   **January 10, 2017, why this case should not be transferred.**  If the parties do not respond by

United States District Court
Northern District of California

January 12, 2017, this action will be transferred to the Central District of California for further proceedings.

**IT IS SO ORDERED**.

Dated:  January 4, 2017

_____
SUSAN ILLSTON
United States District Judge